pellate Division, Second Department. January 10, 1899.) Action by John Flynn against the Nassau Electric Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re FOSTER. (Supreme Court, Appellate Division, Second Department. January 10, 1899.) In re application of John E. Foster for admission to practice as an attorney and counselor at law. No opinion. Application granted.

FOSTER v. FOSTER. (Supreme Court, Appellate Division, First Department. January 13, 1899.) Action by Amelia F. Foster against Thomas K. Foster. No opinion. Motion granted, with $10 costs.

FRANKLIN NAT. BANK v. MOGUL MFG. CO. (Supreme Court, Appellate Division, First Department. January 13, 1899.) Action by Franklin National Bank against Mogul Manufacturing Company. No opinion. Motion granted, with $10 costs.

In re FRENCH. (Supreme Court, Appellate Division, Third Department. January 11, 1899.) In the matter of John B. French, an overseer of the poor, etc., against James S. Lyke, superintendent of the poor, etc. No opinion. Order affirmed, with $10 costs and disbursements.

FRUIT AUCTION CO., Respondent, v. BRUCATO, Appellant. (Supreme Court, Appellate Division, First Department. January 13, 1899.) Action by the Fruit Auction Company against Nellie P. Brucato. T. C. T. Crain, for appellant. McElhenny & Bennett, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

GETMAN et al., Respondents, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 18, 1899.) Action by Norman Getman and another, as administrators, etc., against the Delaware, Lackawanna & Western Railroad Company. No opinion. Judgment and order affirmed, with costs. All concur, except McLENNAN, J., dissenting, and WARD, J., not voting.

GILROY, Respondent, v. BADGER, Appellant. (City Court of New York, General Term. March 6, 1899.) Action by Thomas F. Gilroy against Walter S. Badger. From an order for plaintiff, defendant appeals. Affirmed.

PER CURIAM. Order appealed from affirmed, with costs.

GORMAN, Respondent, v. STAINTHORPE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 18, 1899.) Action by Charles A. Gorman against Charles A. Stainthorpe and others. No opinion. Judgment affirmed, with costs. All concur, except WARD, J., not voting.

GRAVES ELEVATOR CO., Respondent, v. CALLINAN, Appellant. (Supreme Court, Ap-

pellate Division, Third Department. January 17, 1899.) Action by the Graves Elevator Company against Michael J. Callinan. No opinion. Judgment affirmed, with costs.

GRIEBEL, Respondent, v. ROCHESTER PRINTING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. February 3, 1899.) Action by Ferdinand Griebel against the Rochester Printing Company. No opinion. Motion for certificate and for leave to appeal to the court of appeals denied, with $10 costs.

GRILL v. HILL (WILLIAMS, Appellant, KENY, Sheriff, Respondent.) (Supreme Court, Appellate Division, Fourth Department. February 3, 1899.) Action by Frank B. Grill against Rowland P. Hill, W. W. Williams, and John F. Keny, sheriff of Niagara county. No opinion. Order modified so as to direct the sheriff to pay the moneys left in his hands after satisfying the first execution into court, and as modified affirmed, without costs to either party, and without prejudice to any subsequent proceedings.

In re HANCOCK. In re CITY GAS CO. (Supreme Court, Appellate Division, First Department. January 20, 1899.) In the matter of Theodore E. Hancock, attorney general. In the matter of the City Gas Company. C. E. Lydecker, for appellant City Gas Co. B. Winthrop, for respondent T. E. Hancock. No opinion. Order affirmed, with $10 costs and disbursements.

HARRIS, Appellant, v. DEMCEY, Respondent. (Supreme Court, Appellate Division, Fourth Department. February 3, 1899.) Action by George H. Harris against Herbert J. Demcey. No opinion. Judgment affirmed, with costs.

HARRIS, Respondent, v. TAYLOR et al., Appellants. (Supreme Court, Appellate Division, First Department. January 13, 1899.) Action by Mary Harris against Charles H. Taylor and others. J. B. Hands, for appellants. P. R. Towne, for respondent. No opinion. Order reversed, with $10 costs and disbursements, for the reasons stated in the opinions on the previous appeal, and motion denied, with $10 costs. See 47 N. Y. Supp. 913.

HAVILAND et al., Appellants, v. RIDLEY et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. February 3, 1899.) Action by William W. Haviland and another, as receivers, etc., against Henry Ridley and others and Thomas Coursey, as assignee, etc. No opinion. Motion for leave to appeal to the court of appeals denied, with $10 costs. See 55 N. Y. Supp. 1141.

HAWKINS et al., Respondents, v. RINGLER et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 10, 1899.) Action by Abial N. Hawkins and another, as trustees, against George Ringler & Co. No opinion. Judgment affirmed, with costs.